1028

No. 88–6194. BARNETTE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 88–6195. MOORE v. CUPP, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 88–6196. HILLARY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 88–6197. WILLIAMS v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 88–6198. MORNES v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 88–6199. STEWART v. ST. PETERSBURG TIMES. C. A. 11th Cir. Certiorari denied.

No. 88–6200. WILLIAMS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 88–6201. WHITE, BY HIS NEXT FRIEND SWAFFORD v. GERBITZ ET AL. C. A. 6th Cir. Certiorari denied.

No. 88–6205. DARROW v. DAVIS, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 88–6206. MAULICK v. VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 88–6208. HARVEY v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 88–6209. GRIFFIN v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 88–6210. BOX v. PETSOCK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AND DIAGNOSTIC (AND CLASSIFICATION CENTER) AT PITTSBURGH, ET AL. C. A. 3d Cir. Certiorari denied.

No. 88–6213. BOTSCH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.